## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

GEORGE CLARITT,

            Petitioner

        v.

DEPARTMENT OF CORRECTIONS,

            Respondent

:  No. 277 WAL 2017
:
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Commonwealth Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.